IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

CEASAR FELTON                                                                                    PLAINTIFF

VS.                                                          CIVIL ACTION NO. 5:03CV520BrSu

THE CITY OF YAZOO CITY, MISSISSIPPI,
AUBRY N. BRENT, JR., JAMES L. MAGEE
AND CHARLES "MICKEY" O'REILLY,
INDIVIDUALLY AND IN THEIR OFFICIAL
CAPACITIES                                                                                       DEFENDANTS

## JUDGMENT OF DISMISSAL WITH PREJUDICE

This cause having come on for hearing on motion of the parties *ore tenus* to dismiss the plaintiff's cause of action with prejudice, and this Court having considered the same and being fully advised in the premises and it appearing that this entire cause has been compromised and settled as between and amongst the parties, is of the opinion that said motion is well taken and should be, and the same is hereby, granted.

IT IS, THEREFORE, ORDERED AND ADJUDGED that this cause be, and the same is hereby, dismissed with prejudice with each party to bear their respective costs.

SO ORDERED AND ADJUDGED this the 29th day of November, 2005.

S/DAVID BRAMLETTE
UNITED STATES DISTRICT JUDGE

AGREED AND APPROVED:

s/ Glenn S. Swartzfager
GLENN S. SWARTZFAGER - BAR #9535
Attorney for Plaintiff

s/ Adam K. Draney
ADAM K. DRANEY - BAR # 101160
Attorney for Defendant